OPINION — AG — ** METROPOLITAN AREAS — DEFINITIONS — COMMUNITY MENTAL HEALTH SERVICES ** (1) THE WORDS " METROPOLITAN AREA " AS USED IN 63 O.S. 2123.1 [63-2123.1] AND 43A O.S. 615 [43A-615] MEAN A REGION INCLUDING A CITY AND THE DENSELY POPULATED SURROUNDING AREAS THAT ARE SOCIALLY AND ECONOMICALLY INTEGRATED WITH IT. (2) " METROPOLITAN AREA " AS USED IN 63 O.S. 2123.1 [63-2123.1] AND 43A O.S. 614 [43A-614] CAN INCLUDE MORE THAN ONE COUNTY. (MENTAL HEALTH, ALCOHOL, DRUG ABUSE AND COMMUNITY MENTAL HEALTH PLANNING AND COORDINATION BOARD, TERRITORY) CITE: 25 O.S. 1 [25-1], 43A O.S. 613 [43A-613], 43A O.S. 615 [43A-615], 63 O.S. 2100 [63-2100] [63-2100], 63 O.S. 2124 [63-2124] (JANE WHEELER)